# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| APRIL D. KYLE A/K/A APRIL HUNTER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. MJG-02-CV-2920 |
| ROBERT SIMS, ET AL., | : |
| Defendants. | : |

## DEFENDANT CAMERA PRESS, LIMITED'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 105, and with the consent of Plaintiff's counsel, Defendant Camera Press, Limited ("Camera Press") respectfully requests an enlargement of time of two weeks, up to and including September 25, 2002, within which to respond to Plaintiff's Complaint. Camera Press' response is currently due on September 11, 2002. Plaintiff's counsel has represented that Plaintiff does not oppose this motion.

As grounds for this motion, Camera Press states that it is a United Kingdom company based in London, England. Camera Press did not have a pre-existing relationship with Maryland (or any U.S.) counsel, and only recently retained the undersigned counsel. Camera Press and its counsel are working diligently to reply to Plaintiff's Complaint as well as manage other pressing commitments, and therefore more time is needed. For the foregoing reasons, Camera Press respectfully requests that this Court grant an enlargement of time, up to and including September 25, 2002, within which to respond to Plaintiff's Complaint.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL

By: _____
Joseph P. Hornyak (Md. Bar # 15445)
Renee C. Macri
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400
Fax: (202) 408-6399

Attorneys for Defendant Camera Press, Limited

Approved this 11th day of September, 2002

_____
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on this 10th day of September, 2002, a copy of the foregoing Defendant Camera Press, Limited's Unopposed Motion for Enlargement of Time Within Which to Respond to Complaint was served by U.S. Mail on:

> Dennis F. O'Brien, P.A.
> Foard, Gisriel, O'Brien, & Ward, LLC
> 29 West Susquehanna Avenue
> Suite 302
> Towson, Maryland 21204
> (410) 296-1440
> Counsel for Plaintiff.

_____
Counsel for Defendant Camera Press, Limited

25049114\V-3